**Dated: November 30, 2010**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Unclaimed Funds in                                    Misc. No._____
         Chapter 13 Cases

APPLICATION AND ORDER

Comes Sylvia Ford Brown, Chapter 13 Trustee, and states:

1. Payments made to the following payees in the sum indicated and from the debtor's cases indicated have

not been claimed and the cases have been closed.

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 05-25913-L | ROBERT DEWAYNE SR GRAY | 7700317 | FAULKNER COURT APARTMENTS C/O HANNA & ASSOC PO BOX 3402 MEMPHIS, TN 38173 | $197.50 CHECK DATE 07/07/2010 |
| 06-26549-E | ANGELA KIRBY | 7700355 | WORLDWIDE ASSET PURCHASING PO BOX 672047 MARIETTA, GA 30006 | $92.00 CHECK DATE 07/07/2010 |
| 05-33653-L | CEDRIC CORDELL STAPLETON GLORIA JEAN STAPLETON | 7700395 | ACN 1000 PROGRESS PLACE CONCORD, NC 28025-2449 | $39.16 CHECK DATE 07/10/2010 |
| 07-27474-E | MARCHELL E MCGLOWN | 7702788 | TOP DOLLAR 7948 WINCHESTER ROAD 109-152 MEMPHIS, TN 38125 | $53.68 CHECK DATE 07/10/2010 |

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 04-33658-L | ROOSEVELT J BATTS<br>CLAUDETTE DENISE BATTS | 7702803 | TRI STATE BANK OF MEMPHIS<br>PO BOX 2007<br>MEMPHIS, TN  38101 | $69.69<br>CHECK DATE<br>07/10/2010 |
| 07-22746-L | BARBARA ANN MARTIN | 7703155 | BARBARA ANN MARTIN<br>% COHEN AND FILA<br>200 JEFFERSON AVE<br>SUITE # 925<br>MEMPHIS, TN  38103-2352 | $85.00<br>CHECK DATE<br>07/12/2010 |
| 08-24625-E | CAROLYN DENISE WARD | 7703179 | WELLS FARGO BANK NA<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | $1,470.78<br>CHECK DATE<br>07/12/2010 |
| 07-27481-L | VICKIE LAVETTE NORFLEET | 7703453 | VICKIE LAVETTE NORFLEET<br>216 MAPLE VALLEY COVE<br>COLLIERVILLE, TN  38017 | $155.70<br>CHECK DATE<br>07/20/2010 |
| 05-37512-L | ORA LEE GRIGGS | 7703462 | CHECK MANAGMENT<br>PO BOX 208<br>BOLTON, MS  39041 | $452.15<br>CHECK DATE<br>07/20/2010 |
| 09-24520-E | CHARLES SR EASON | 7703625 | CHARLES SR EASON<br>3466 GREY BARK<br>MEMPHIS, TN  38118 | $787.08<br>CHECK DATE<br>07/22/2010 |
| 06-29061-E | EDDIE LAVETTE DAVIS | 7703674 | EDDIE LAVETTE DAVIS<br>C/O JIMMY MCELROY, ATTY<br>3780 S MENDENHALL STE 202<br>MEMPHIS, TN  38115 | $901.50<br>CHECK DATE<br>07/23/2010 |
| 05-32553-E | JAMES MARTIN | 7704057 | AT&T<br>PO BOX 769<br>ATTENTION BANKRUPTCY DEPT<br>ARLINGTON, TX  76004 | $31.16<br>CHECK DATE<br>08/03/2010 |
| 05-28947-E | FELECIA LANETTE DAVIS | 7704145 | VC GLOBAL<br>C/O L HECKER<br>650 COLLEGE RD E #1800<br>PRINCETON, NJ  08540 | $187.85<br>CHECK DATE<br>08/04/2010 |
| 06-29061-E | EDDIE LAVETTE DAVIS | 7704151 | EDDIE LAVETTE DAVIS<br>C/O JIMMY MCELROY, ATTY<br>3780 S MENDENHALL STE 202<br>MEMPHIS, TN  38115 | $190.00<br>CHECK DATE<br>08/05/2010 |

    2.    That all the attached list of cases have heretofore been closed out, and applicant is of the belief that the funds should be turned over to the Bankruptcy Court Clerk pursuant to 11 U.S.C. Section 347(a).

WHEREFORE, your Trustee prays for the entry of an order authorizing the turnover to the Bankruptcy Court Clerk the sum of $4,713.25 representing unclaimed funds pursuant to 11 U.S.C. sec 347(a).

/s/ Sylvia Ford Brown

Sylvia Ford Brown
Chapter 13 Trustee

## ORDER

Upon consideration of the foregoing, the Court finds the application to be well founded,

IT IS THEREFORE ORDERED, that Sylvia Ford Brown, the Standing Trustee, pursuant to 11 U.S.C. sec 347(a) issue a check to the Bankruptcy Court Clerk in the amount of $4,713.25 representing unclaimed funds on the attached list of cases.

cc:    TRUSTEE
       BANKRUPTCY COURT CLERK