**Dated: June 29, 2011**
**The following is ORDERED:**



_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____


UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE


In Re:   Unclaimed Funds in                                              Misc. No._____
         Chapter 13 Cases


APPLICATION AND ORDER


Comes Sylvia Ford Brown, Chapter 13 Trustee, and states:

1. Payments made to the following payees in the sum indicated and from the debtor's cases indicated have

not been claimed and the cases have been closed.

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 09-32599-L | AMANDA YVONNE KANEER | 7728309 | AMANDA YVONNE KANEER<br>12053 MACON RD<br>COLLIERVILLE, TN  38017-4825 | $300.00<br><br>CHECK DATE<br>02/07/2011 |
| 05-36873-L | CHRISTIAN GABRIEL HOFEDITZ<br>ASHLEY GAYE HOLLOWAY HOFEDITZ | 7731735 | CARECENTRIX<br>PO BOX 538059<br>ATLANTA, GA  30353 | $107.05<br><br>CHECK DATE<br>02/18/2011 |
| 05-32514-L | FRED L JOHNSON | 7731800 | AT&T<br>PO BOX 769<br>ATTENTION BANKRUPTCY DEPT<br>ARLINGTON, TX  76004 | $28.25<br><br>CHECK DATE<br>02/23/2011 |

2. That all the attached list of cases have heretofore been closed out, and applicant is of the belief that the funds should be turned over to the Bankruptcy Court Clerk pursuant to 11 U.S.C. Section 347(a).

WHEREFORE, your Trustee prays for the entry of an order authorizing the turnover to the Bankruptcy Court Clerk the sum of $435.30 representing unclaimed funds pursuant to 11 U.S.C. sec 347(a).

/s/ Sylvia Ford Brown

Sylvia Ford Brown
Chapter 13 Trustee

ORDER

Upon consideration of the foregoing, the Court finds the application to be well founded,

IT IS THEREFORE ORDERED, that Sylvia Ford Brown, the Standing Trustee, pursuant to 11 U.S.C. sec 347(a) issue a check to the Bankruptcy Court Clerk in the amount of $435.30 representing unclaimed funds on the attached list of cases.

cc:  TRUSTEE
     BANKRUPTCY COURT CLERK